COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-16-00405-CV |
| Style: | In re Maxine Adams and Cecil Adams, Relators |
| Date motion filed*: | February 6, 2017 |
| Type of motion: | Amended Request for Adams Enbanc Motion for Reconsideration and Emergency Notice of Intent to File Writ of Mandamus to the Supreme Court of Texas |
| Party filing motion: | Pro Se Relators Cecil and Maxine Adams |
| Document to be filed: | Amended En Banc Motion for Reconsideration |
| | |
| Is appeal accelerated? | Yes (original proceeding). |

Ordered that motion is:

☐ Granted
☑ Denied
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

Because relators' amended request was filed beyond the 15-day period allowed for such motions to amend to be filed as a matter of right, but before the original motion was decided, this motion is construed as a motion seeking leave of court to amend the original en banc motion. *See* TEX. R. APP. P. 49.6, 49.7. However, because relators raise mainly new issues in their motion and do not identify either of the two en banc reconsideration criteria, their motion seeking leave to amend is **DENIED**. *See id.* 41.2(c), 49.6; *cf. Wentworth v. Meyer*, 839 S.W.2d 766, 778 (Tex. 1992) (orig. proceeding) (Cornyn, J., concurring) ("A motion for rehearing does not afford a litigant an opportunity to raise *new* issues, especially after the case has been briefed, argued, and decided on other grounds.") (emphasis in original).

Judge's signature: /s/ Evelyn V. Keyes
☒ Acting individually

Date: February 23, 2017

November 7, 2008 Revision